IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **GRADY R. WILLIAMS,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-254 (MTT) |
| Commissioner **BRIAN OWENS**, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Stephen Hyles. (Doc. 8). The Magistrate Judge recommends the Court dismiss the Plaintiff's claims against the Georgia Department of Corrections and Macon State Prison following a preliminary screening of his case pursuant to 28 U.S.C. § 1915A(b)(2).

The Plaintiff filed a response to the Magistrate Judge's Recommendation in which he states he does not object to the dismissal of these Defendants. (Doc. 12). The Court has reviewed the Recommendation and the Plaintiff's response. The Recommendation is adopted and made the **ORDER** of the Court. The Plaintiff's claims against the Georgia Department of Corrections and Macon State Prison are **dismissed with prejudice**, and these parties are dismissed as Defendants in this case.

**SO ORDERED**, this 21st day of October, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT